THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK MAIL AND NEWSPAPER TRANSPORTATION COMPANY, Respondent, *v.* STATE BOARD OF TAX COMMISSIONERS, Defendant.
THE CITY OF NEW YORK, Appellant.

*People ex rel. N. Y. Mail & N. P. Transp. Co.* v. *State Board of Tax Comrs.*, 157 App. Div. 686, affirmed.
(Argued February 26, 1914; decided March 17, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

July 10, 1913, which reversed so much of an order of Special Term as awarded costs in favor of the city of New York against the relator in a proceeding to review a special franchise tax assessment.

*Frank L. Polk,* Corporation Counsel (*Curtis A. Peters* and *Addison B. Scoville* of counsel), for appellant.

*Arthur O. Townsend* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLLARD BARTLETT, Ch. J., WERNER, HIS-COCK, CHASE, COLLIN, HOGAN and MILLER, JJ.